UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON PARKMAN | * | CIVIL ACTION No. 3:20-cv-00883 |
| | * | |
| VERSUS | * | DISTRICT JUDGE |
| | * | HON. JOHN W. DEGRAVELLES |
| W&T OFFSHORE, INC., ET AL | * | |
| | * | MAGISTRATE JUDGE: |
| | * | HON. ERIN WILDER-DOOMES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO MOTION FOR SUMMARY JUDGMENT OF W&T OFFSHORE, INC.

MAY IT PLEASE THE COURT:

NOW INTO COURT, comes AGR/FJ Brown, LLC (AGR) who wish to respond to the Motion to for Summary Judgment filed by co-defendant, W&T Offshore, Inc. (W&T) Record Document #132. In response to W&T's motion, AGR wishes to adopt said Motion for Summary Judgment as if fully incorporated herein and, if, the Court should grant said motion, that, AGR be accorded the same relief as mover W&T.

Respectfully submitted:

SCHOUEST, BAMDAS, SOSHEA
BENMAIER & EASTHAM

_____
JONATHAN A. TWEEDY (#31997)
RICHARD A. COZAD (#4537)
MELISSA MILLER (#37805)
365 Canal Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 561-0323
Facsimile: (504) 528-9442
jtweedy@sbsb-eastham.com

rcozad@sbsb-eastham.com
mmiller@sbsb-eastham.com

*Counsel for AGR/FJ Brown*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __13__ day of ____Feb____, 2023 served a copy of the foregoing pleading on all counsel of record herein via U.S. mail, facsimile transmission or electronic transmission.

_____
RICHARD A. COZAD